■ In the Matter of the Probate of the Will of ESTHER BRIGHT, Deceased. DELIA HANCOCK et al., Appellants; LOUISE B. MORGAN, Respondent.— Decree unanimously affirmed, without costs to either party. No opinion. Concur — Botein, P. J., Breitel, Valente, Eager and Bergan, JJ. [20 Misc 2d 789.]

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLEVELAND ADAMS, Appellant.— Order entered on July 20, 1959, denying defendant's application for a writ of error coram nobis, unanimously affirmed. No opinion. Concur — Valente, J. P., McNally, Stevens, Eager and Bergan, JJ.

■ In the Matter of IRVING STERN, Petitioner, v. STEPHEN P. KENNEDY, as Commissioner of Police of the City of New York, Respondent.— Determination unanimously confirmed and the petition dismissed, with $20 costs and disbursements to the respondent. No opinion. Concur — Valente, J. P., McNally, Stevens, Eager and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN MANGI, Indicted as JOHN MANGIA, Appellant.— Order entered on March 30, 1960, denying defendant's application for a writ of error coram nobis, unanimously affirmed. No opinion. Concur — Valente, J. P., McNally, Stevens, Eager and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BENJAMIN KUTNER, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, McNally, Stevens and Bergan, JJ.

■ MORRIS VOLPER, as Trustee, for Bankrupt WEYLIN RESTAURANT CORP., Appellant, v. JACQUES SCHWALBE et al., Individually and Doing Business under the name of WEYLIN BUILDING COMPANY, et al., Respondents.— Judgment unanimously affirmed, with costs to the respondents. No opinion. Concur — Botein, P. J., Breitel, McNally, Stevens and Bergan, JJ.

■ In the Matter of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property, Bounded by Bronx River, East Bay Avenue and Other Streets, in the Borough of The Bronx, as a Site for the New York City Terminal Market (Hunts Point Area, Bronx). MOSES D. COHAN et al., Appellants.— Appeal from order entered June 22, 1960, granting respondent's petition to condemn certain real property, unanimously dismissed, with $20 costs and disbursements to petitioner-respondent. An appeal may not lie from an intermediate decree in a condemnation proceeding brought under the Administrative Code. (Administrative Code of City of New York, § B15–25.0.) Concur — Botein, P. J., Breitel, McNally, Stevens and Bergan, JJ.

■ CLAIRE MILLER et al., Appellants, v. IRA RAVNER et al., Respondents.— Order entered on June 3, 1959, granting defendants' motion to dismiss the third amended complaint, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Breitel, McNally, Stevens and Bergan, JJ.

■ SAMUEL SCHWARTZ, Appellant, v. TRAVELERS INSURANCE COMPANY, Respondent.— Order entered on September 1, 1960, denying plaintiff's motion to strike out the affirmative defenses alleged in defendant's answer for legal insufficiency, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, McNally, Stevens and Bergan, JJ.